# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

DANTE PATTISON,

                    Plaintiff,

   v.

TOLOTTI, et al.,

                    Defendants.

Case No. 3:26-CV-00109-MMD-CLB

**ORDER**

On February 12, 2026, Dante Pattison submitted a 172-page filing titled "Exhibits to Civil Rights Complaint Vol. 1" without a case number, with a caption styled "Pattison v. Lt. Tolotti, et al." (ECF Nos. 1-1, 1-2, 1-3.) This initiated a new case. However, it is unclear if Pattison intended for this filing to open a new case because: (1) the filing is not accompanied by a separate complaint or an attempt to address the filing fee; and (2) two days before submitting this filing, Pattison initiated a new case by submitting an actual complaint listing Lt. Tolotti as the first of multiple Defendants. *See Pattison v. Tolotti, et al.*, 3:26-cv-00107-MMD-CLB, ECF No. 1-1 at 1 (D. Nev. Feb. 10, 2026). It therefore appears that Pattison might have intended for the "Exhibits to Civil Rights Complaint Vol. 1" to be filed in 3:26-cv-00107-MMD-CLB. If so, then Pattison must file a notice to voluntarily dismiss this case under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and ask the Court to file the "Exhibits to Civil Rights Complaint Vol. 1" in Case 3:26-cv-00107-MMD-CLB. But if Pattison does intend for this to be its own case, then he must submit a separate complaint and address the matter of the filing fee in this case **by April 20, 2026**. Regardless, Pattison is reminded to list the proper case number in the caption of all documents that he files with the Court to ensure that they are filed in the proper case.

## I.    DISCUSSION

### A.    Pattison Must Submit a Complaint

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must

be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. Because Pattison is representing himself, he must personally sign every filing he submits to the Court. *See* Fed. R. Civ. P. 11(a).

### B.    Pattison Must Address the Matter of the Filing Fee

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $405, which includes the $350 filing fee and $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. Effective December 8, 2025, NDOC inmates filing lawsuits in the U.S. District Court for the District of Nevada are directed to apply for *in forma pauperis* status using the form titled "Application to Proceed *In Forma Pauperis* by an Inmate in NDOC Custody."

## II.    CONCLUSION

Accordingly, **IT IS ORDERED** that if Pattison does not intend for this to be its own case, then he must file a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) and ask the Court to file his "Exhibits to Civil Rights Complaint Vol. 1" in Case 3:26-cv-00107-MMD-CLB.

Alternatively, if Pattison intends for this to be its own case, **IT IS FURTHER ORDERED** that Pattison has until **April 20, 2026**, to accomplish the following two tasks:

(1) submit a signed complaint in this case; and

(2) either pay the full $405 filing fee or file a completed Application to Proceed *In Forma Pauperis* by an Inmate in NDOC Custody.

Pattison is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Pattison to refile the case with the Court, under a new case number, when Pattison can submit a complaint and address the matter of the filing fee.

The Clerk of Court is directed to send Pattison this Court's approved 42 U.S.C. § 1983 complaint form and approved application to proceed *in forma pauperis* by an NDOC inmate, with instructions for each form.

**IT IS SO ORDERED.**

**DATED**: February 18, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**